

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00356-CV

SHEILA NANCE                                                    APPELLANT

V.

BNSF RAILWAY COMPANY                                            APPELLEE

------------

## FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Agreed Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  November 23, 2011